## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, <br><br> v. <br><br><br> **LUIS A. JIMENEZ-GUZMAN,** Defendant. | **INFORMATION** <br><br> CRIMINAL NO. 26-279 ( SCC ) <br><br> VIOLATION: 18 U.S.C. § 371 <br> (Bribery Conspiracy) <br><br> FORFEITURE: 18 U.S.C. § 982 <br><br> ONE COUNT |

THE UNITED STATES ATTORNEY CHARGES:

## GENERAL ALLEGATIONS

At all times material to this Information:

1.     The Puerto Rico Department of Treasury (PRDT, *Departamento de Hacienda de Puerto Rico*) is an agency within the executive department of the government of Puerto Rico established by Article IV, Section 6 of the Puerto Rico Constitution, responsible for the treasury of the Commonwealth of Puerto Rico that received benefits in excess of $10,000 in each one-year period for the years 2019-2023 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of federal assistance.

2.     Person A was engaged in the business of charging customers to unlawfully submit false tax information to the PRDT and unlawfully bribe and otherwise pay PRDT employees and

1

modify taxpayer information, including creating taxpayer credits, modifying income tax, employee retention tax and sales tax (*impuesto a las ventas or IVU,* by its Spanish acronym) information.

## COUNT ONE
### Conspiracy; Federal Funds Bribery
(Title 18, United States Code, Section 371)

6.    The preceding paragraphs are re-alleged and incorporated herein by reference, as if fully set forth herein.

### Object of the Conspiracy

7.    From in or about February 2019 until in or about March 2023, in the District of Puerto Rico, defendant,

## LUIS A. JIMENEZ-GUZMAN,

did knowingly and willfully combine, conspire, and agree with others known and unknown to the United States to commit an offense against the United States, including a) federal program bribery, that is, to solicit, demand, accept, and agree to accept for his own benefit, things of value, as a public official and agent of the PRDT, from several individual and business tax payers, with the intent of being influenced and rewarded in connection with a transaction and series of transactions of the PRDT that involved $5,000.00 or more, as opportunities arose, that is, the elimination of the PRDT taxes owed, evasion of taxes, and theft of funds; and b) wire fraud, that is to devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises

official actions in creating and submitting materially false information into the PRDT's PRITAS and GenTax/SURI systems, as well as for creating false tax information, favorable to several individual and business taxpayers and others known and unknown to the United States, for the elimination of taxes owed, evasion of taxes, and theft of funds.

12.    Defendant **LUIS A. JIMENEZ-GUZMAN** utilized his access to the PRITAS and GenTax/SURI systems through his personal PRDT account and the PRDT account of Person G to create and submit materially false information into the PRDT's PRITAS and GenTax/SURI systems, favorable to several individual and business taxpayers and others known and unknown to the United States, for the elimination of taxes owed, evasion of taxes, and theft of funds.

<u>Overt Acts in Furtherance of the Conspiracy</u>

13.    In furtherance of the conspiracy and to achieve the objects of the conspiracy, the following overt acts, among others, were committed by co-conspirators:

14.    Beginning in or about February 2019, and continuing until in or about March 2023, Defendant **LUIS A. JIMENEZ-GUZMAN** solicited and accepted bribes and kickbacks from several individual and business taxpayers through Person A and Person H, which represented a portion of the PRDT taxes owed and funds stolen for each official act performed utilizing Defendant **LUIS A. JIMENEZ-GUZMAN**'s access to the PRITAS and GenTax/SURI systems. One such payment occurred on or about August 16, 2021, when Defendant **LUIS A. JIMENEZ-GUZMAN** received a bribe payment of $10,000 from Person H to erase and reduce a tax debt of one of Person H's customers. Another such payment occurred in or about 2021, when

5

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without

    difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

W. STEPHEN MULDROW
United States Attorney


Seth A. Erbe
Assistant U.S. Attorney
Chief, Financial Fraud and
Public Corruption Section


Marie Christine Amy
Assistant United States Attorney